UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Lei Zhao <br><br> Plaintiff, <br><br> v. <br><br> Rice Shop Restaurant, et la. <br><br> Defendants. | Civil No.  17-1441  (JMV) <br><br> **NOTICE OF CALL FOR DISMISSAL PURSUANT TO F.R.Civ.P.4(m)** |

PLEASE TAKE NOTICE, that the above captioned action will be dismissed on November 6, 2018 for failure to effect service of the summons and complaint within 90 days of the filing of the complaint unless you establish that service was effected within said 90 days, by filing proof of service with the Clerk of the Court before the return date of this notice.  If proof of service is not filed before the return date, counsel is required to provide sufficient reason through writing for good cause why this action should not be dismissed.

WILLIAM T. WALSH

Date:  October 15, 2018

by: *RoseMarie Olivieri*
RoseMarie Olivieri
Courtroom Deputy