# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| Lei Zhao<br><br>　　　　　　Plaintiff,<br><br>v.<br><br><br>Rice Shop Restaurant, et al.<br><br>　　　　　　Defendants. | Civ. Action No. 17-1441 (JMV)<br><br><br><br>**Order for dismissal<br>Pursuant to F.R. Civ. P. 4(m)** |

**John Michael Vazquez, U.S.D.J.**

It appearing that the above captioned action having been pending for more than 90 days and counsel having failed to effect service during this time and good cause having not been shown as to why this action should not be dismissed,

It is on this 26th day of November, 2018,

**O R D E R E D** that the above captioned action be and is hereby dismissed, pursuant to F. R. Civ. P. 4(m), without prejudice and without costs.

　　　　　　　　　　　　　　　　　　/s/ John Michael Vazquez
　　　　　　　　　　　　　　　　　　John Michael Vazquez, U.S.D.J.